**EXHIBIT A**

**20BB-CC00099**

IN THE CIRCUIT COURT OF WARREN COUNTY
STATE OF MISSOURI

| | |
|---|---|
| ROOBLE ALI )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>TRANS LINES, INC, )<br>    Defendant, )<br>  Serve At: )<br>    Registered Agent Andrius Petkunas, )<br>    or any officer, or managing or general )<br>    agent located at: )<br>      2600 E. 107th St., Ste. 100 )<br>      Bolingbrook, IL. 60440 )<br>)<br>        AND )<br>)<br>CENTRAL TRUCK LEASING LLC )<br>          Defendant, )<br>  Serve At: )<br>    Registered Agent: )<br>      CT CORPORATION )<br>      120 South Central Avenue )<br>      Clayton, MO. 63105 )<br>)<br>        AND )<br>)<br>AMTRUST INSURANCE COMPANY )<br>OF KANSAS, INC., )<br>          Defendant, )<br>  Serve At: )<br>    Registered Agent )<br>  CSC–Lawyers Incorporating Service Company )<br>  221 Bolivar Street )<br>  Jefferson City, MO. 65101 ) | Case No.:<br><br>Div.<br><br>JURY TRIAL DEMANDED |

1

**PETITION**
**COUNT I**
**NEGLIGENCE - JOINT VENTURE**
**ROOBLE ALI V. DEFENDANTS TRANS LINES, INC. AND CENTRAL TRUCK LEASING LLC**

COMES NOW plaintiff Rooble Ali and for Count I of his alternative cause(s) of action against defendants Trans Lines, Inc. (sometimes hereinafter referred to as "Trans Lines") and Central Truck Leasing LLC (hereinafter sometimes referred to as "Central Truck Leasing"), and each of them, and states as follows:

1. Plaintiff Rooble Ali is a resident of the State of Minnesota.

2. Defendant Trans Lines, Inc. is a foreign corporation organized and existing under the laws of the State of Illinois with their home offices and regular place of doing the trucking business located at 2600 E. 107th St., Ste. 100, Bolingbrook, IL. 60440.

3. Defendant Central Truck Leasing LLC is a foreign corporation organized and existing under the laws of the State of Illinois with their home offices and regular place of doing their truck rental and leasing business located at 301 W. Northtown Road, Normal, IL. 61761.

4. At all times mentioned herein defendants Trans Lines and Central Truck Leasing, and each of them, acted by and through their agents, servants and employees.

5. At all times mentioned herein defendants Trans Lines and Central Truck Leasing acted and were acting in a joint venture wherein they have an express or implied agreement between them and a common purpose of using trucks and trailers to pick up and deliver goods for others for compensation and profit, and Trans Lines and Central Truck Leasing each have an equal right of control in the direction of this enterprise.

6. Venue is proper in the Circuit Court Of Warren County as the vehicle accident involved in this case occurred on August 15, 2020 on Interstate Hwy 70 in Warren County, Missouri.

7. Jurisdiction is proper in this court and the State of Missouri as all of the defendants herein conduct business in the State of Missouri and the tort(s) involved occurred in the Warren County in the State of Missouri.

8. On August 15, 2020 plaintiff was operating a 2020 Volvo truck cab with an attached trailer for hauling a load of toothpaste products from Proctor and Gamble in or near Edwardsville, IL. on the way to Costco in or near Salt Lake City, Utah.  To plaintiff's knowledge the truck cab was owned by defendant Central Truck Leasing who in turn had leased it to defendant Trans Lines.

9.  Plaintiff was operating the truck and trailer at the request of Trans Lines for whom plaintiff had been operating over the road trucks and trailers hauling goods on a daily and weekly basis consistently from approximately March of 2020 up to the Aug. 15, 2020 occurrence date. Plaintiff was generally paid by Trans Lines for his work at the end of each week with the amount of pay varying from week to week depending on how many miles plaintiff had driven each particular week for defendant Trans Lines.   Defendant Trans Lines did not take employment taxes out of the monies they paid weekly to plaintiff for driving and delivering goods.

10.  When plaintiff first began driving and delivering goods for Trans Lines in March or so of 2020, defendant Trans Lines had provided plaintiff with a truck cab, which to plaintiff's knowledge had been manufactured by International Trucks.

11.  Approximately a month or so after plaintiff began driving for defendant Trans Lines, there was a repair issue with the International Truck so Trans Lines provided plaintiff with a newer 2020 Volvo Truck, which truck cab was operated by plaintiff during the remainder of the time through August 15, 2020 in which plaintiff drove and delivered goods for Trans Lines.

12. Plaintiff has not driven or delivered goods for defendant Trans Lines since the occurrence on August 15, 2020 as plaintiff's left arm near his shoulder was amputated shortly after and as a direct and proximate result of this occurrence on August 15, 2020.

13. On Saturday, August 15, 2020 plaintiff Rooble Ali was operating a 2020 Volvo Model VNL truck cab VIN# 4V4NC9EH6LN254405 with a typical over the road trailer hooked to the back of it on Interstate Highway I-70 at or near the 192 mile mark in a westerly direction in Warren County, Missouri.  There are two (2) westbound lanes there.  Plaintiff Ali Rooble was in the right lane with his truck and trailer, and the vehicle immediately in front of plaintiff in the right lane was traveling slower than the normal traffic speed.  Plaintiff operated his vehicle into the left lane and passed the vehicle that had been in front of him in the right lane.  Then plaintiff began to operate his truck back into the right lane on westbound I-70.  As plaintiff was in the process of changing lanes back into the right lane on I-70, suddenly and without warning or knowledge to plaintiff a vehicle appeared out of the blind spot on the right side of plaintiff's truck and trailer.  In an effort to avoid a collision with this other vehicle, plaintiff immediately turned his truck and trailer to the left.  There was a narrow shoulder on the left side of I-70 and plaintiff's truck and trailer went onto the shoulder and eventually overturned onto the driver's side of the cab and trailer on or near the shoulder and the median of westbound I-70.  As a direct and proximate result of the occurrence on August 15, 2020, plaintiff Rooble Ali's left arm was amputated at or near his shoulder area.

14. That plaintiff Rooble Ali suffered injuries and damages as a direct and proximate result of the acts, conduct, negligence, failures and omissions to act of defendants Trans Lines, Inc. and Central Truck Leasing LLC, and each of them, as follows:

(a) defendants failed to provide plaintiff with a truck cab having adequate safety devices and driver support systems such as blind spot detection devices and/or lane keeping support devices and/or lane changing support devices and/or electronic stability control and/or warning lamps and buzzers and/or radar technology to scan the blind spot on the passenger side of the truck cab and trailer so plaintiff would have been informed and warned visually and audibly by the 2020 Volvo Truck Cab that there was another vehicle on the passenger side of the truck cab and trailer so that plaintiff would then have known and would not have begun to operate the Truck Cab into the right lane and this accident and plaintiffs resulting injuries and damages would not have happened; and/or

(b) defendants failed to adequately inform plaintiff about the available safety features, if any, in the Volvo truck cab which were designed to prevent accidents caused or contributed to be caused by vehicles driving in and out of the 2020 Volvo Truck Cabs blind spots; and/or

(c) defendants failed to provide aftermarket lane changing support monitors for blind spots on the 2020 Volvo Truck Cab before providing the truck cab to plaintiff so that accidents involving vehicles going in and out of the truck cab and trailers blind spots could be avoided, even though the technology was cost effective for for doing so and had been available long before this accident occurred; and/or

(d) defendants and their safety departments failed to provide any adequate instructions or training to plaintiff on the safe use of and the use of any safety devices available for use by plaintiff and others existing on the 2020 Volvo Truck Cab, and particularly with regard to the blind spots around the truck when driving it.

15. As a direct and proximate result of the acts, conduct, negligence, failures and omissions to act of defendants Trans Lines, Inc. and Central Truck Leasing LLC, and each of them, as stated aforesaid in paragraph No. 14 herein, plaintiff Rooble Ali sustained and incurred injuries and damages as follows:  he suffered injuries and damages to his left arm, which was amputated at or

near the level of his shoulder; plaintiff has incurred necessary medical treatment and medications for his injuries and reasonable medically and medication related bills for the treatment and medications in the approximate amount of One Hundred Thousand Dollars ($100,000.00) or so to date; plaintiff anticipates incurring more medical treatment and medications and medical and medication related bills in the future pertaining to his injuries in the approximate sum of One Hundred Thousand Dollars ($100,000.00) or so; plaintiff anticipates in the future receiving and having implanted an artificial limb prosthesis to use for his left arm and hand in place of the one that was amputated and the cost of this is anticipated to be in the approximate amount of Fifty Thousand Dollars ($50,000.00) or so; plaintiff has not been able to work or be employed as a truck driver since Aug. 15, 2020 and has lost income from then up to the current date of filing this lawsuit in the approximate amount of Thirty Thousand Dollars ($30,000.00) and plaintiff anticipates losing income and wages in the future in the approximate amount of approximately One Million Dollars ($1,000,000.00) or so over his lifetime as he is not able to drive a truck anymore to make a living; some and/or all of plaintiff's conditions and injuries and damages are progressive and continuing and permanent.

WHEREFORE, plaintiff Rooble Ali requests the Court to enter its Order in his favor and against defendants Trans Lines, Inc. and Central Truck Leasing LLC, and each of them, for compensatory damages in an amount that is fair and reasonable and in excess of Twenty-Five Thousand Dollars ($25,000.00), and for his costs incurred herein, and for such other and further relief as the Court deems just and proper under the circumstances.

Electronically Filed - Warren - December 31, 2020 - 09:59 AM

## COUNT II

## UNINSURED MOTORIST
## ROOBLE ALI V. AMTRUST INSURANCE COMPANY OF KANSAS, INC.

COMES NOW plaintiff Rooble Ali and for Count II of his alternative cause(s) of action against defendant AMTRUST INSURANCE COMPANY OF KANSAS, INC. (sometimes hereinafter referred to as "AMTRUST") and states as follows:

16.  Plaintiff Rooble Ali is a resident of the State of Minnesota.

17.  Defendant AMTRUST INSURANCE COMPANY OF KANSAS, INC. is a foreign corporation and insurance company having offices for the transaction of its usual and customary insurance business located at 4455 LBJ Freeway, Suite 700, Dallas, TX. 75244 and also doing business in the State of Missouri.

18.  At all times mentioned herein defendant AMTRUST acted by and through their agents, servants and employees.

19.  AMTRUST among other things conducts at least the business of selling vehicle insurance policies and providing insurance coverage, including but not limited to "Uninsured Motor Vehicle Coverage", to its customers such as Trans Lines, Inc. and plaintiff Rooble Ali for bodily injury and damages sustained by him and them as insureds under the AMTRUST INSURANCE COMPANY OF KANSAS, INC. policy(s) and caused by an accident that involved an uninsured motor vehicle.

20.  Plaintiff Rooble Ali was insured by the AMTRUST Insurance Policy No. KMC1057779 00, which was provided to plaintiff by AMTRUST as the policy covering him in this accident, and a copy of that policy is attached hereto and incorporated by reference herein as "EXHIBIT 1".

21. On Saturday, August 15, 2020 plaintiff Rooble Ali was operating a 2020 Volvo Model VNL truck cab VIN# 4V4NC9EH6LN254405 with a typical over the road trailer hooked to the back of it

on Interstate Highway I-70 at or near the 192 mile mark in a westerly direction in Warren County, Missouri.  There are two (2) westbound lanes there.  Plaintiff Ali Rooble was in the right hand lane with his truck and trailer, and the vehicle immediately in front of plaintiff in the right lane was traveling slower than the normal traffic speed.  Plaintiff operated his vehicle into the left lane and passed the vehicle that had been in front of him in the right lane.  Then plaintiff began to operate his truck back into the right lane on westbound I-70.  As plaintiff was in the process of changing lanes back into the right lane on I-70, suddenly and without warning or knowledge to plaintiff a vehicle appeared out of the blind spot on the right side of plaintiff's truck and trailer.  In an effort to avoid a collision with this other vehicle, plaintiff immediately turned his truck and trailer to the left.  There was a narrow shoulder on the left side of I-70 and plaintiff's truck and trailer went onto the shoulder and eventually overturned on or near the shoulder and the median of westbound I-70.  As a direct and proximate result of the occurrence on August 15, 2020, plaintiff Rooble Ali's left arm was amputated at or near his shoulder area.

22.  To plaintiff's knowledge the vehicle that suddenly appeared on the right side of plaintiff's truck and trailer at the time of the accident was a phantom vehicle and plaintiff does not know or have the contact information for the vehicle as the vehicle and it's operator left the scene of the accident on Aug. 15, 2020; therefore, the vehicle being operated and driven by the phantom driver was an Uninsured Motor Vehicle by definition of the aforesaid insurance policy.

23.  The 2020 Volvo truck cab vehicle being occupied and operated by plaintiff Rooble Ali with the permission of insured Trans Lines Inc. at the time of the accident on Aug. 15, 2020 had Uninsured Motorist Coverage in the maximum amount of Seventy Thousand Dollars ($70,000.00) for the injuries and damages  incurred by plaintiff Rooble Ali in that accident.

Electronically Filed - Warren - December 31, 2020 - 09:59 AM

24. Plaintiff Rooble Ali is entitled to bring this lawsuit against defendant AMTRUST as covered by the Underinsured Motor Vehicle Coverage sections of the aforesaid AMTRUST INSURANCE COMPANY OF KANSAS, INC. insurance policy for his personal injuries and damages sustained in the vehicle accident.

25. Plaintiff has fulfilled all conditions precedent to the AMTRUST INSURANCE COMPANY OF KANSAS, INC. policy of insurance at issue herein.

26. In the AMTRUST insurance policy, AMTRUST agreed to compensate plaintiff Rooble Ali for the personal injuries and damages he sustained in the vehicle accident; but, defendant AMTRUST has failed to do so and has thereby breached its duty and agreement with plaintiff Rooble Ali to compensate him for her personal injuries and damages sustained.

27. As a direct result of the August 15, 2020 vehicle accident and defendant AMTRUST INSURANCE COMPANY OF KANSAS, INC.'s breach of duties and agreement under the aforesaid policy of insurance covering him for Uninsured Motorist, plaintiff Rooble Ali is entitled to recover from defendant AMTRUST for the personal injuries and damages he sustained in the vehicle accident including among others the following:  injuries and damages to his left arm, which was amputated at or near the level of his shoulder; plaintiff has incurred necessary medical treatment and medications for his injuries and reasonable medically and medication related bills for the treatment and medications in the approximate amount of One Hundred Thousand Dollars ($100,000.00) or so to date; plaintiff anticipates incurring more medical treatment and medications and medical and medication related bills in the future pertaining to his injuries in the approximate sum of One Hundred Thousand Dollars ($100,000.00) or so; plaintiff anticipates in the future receiving and having implanted an artificial limb prosthesis to use for his left arm

Electronically Filed - Warren - December 31, 2020 - 09:59 AM

and hand in place of the one that was amputated and the cost of this is anticipated to be in the approximate amount of Fifty Thousand Dollars ($50,000.00) or so; plaintiff has not been able to work or be employed as a truck driver since Aug. 15, 2020 and has lost income from then up to the current date of filing this lawsuit in the approximate amount of Thirty Thousand Dollars ($30,000.00) and plaintiff anticipates losing income and wages in the future in the approximate amount of approximately One Million Dollars ($1,000,000.00) or so over his lifetime as he is not able to drive a truck anymore to make a living; some and/or all of plaintiff's conditions and injuries and damages are progressive and continuing and permanent.

    WHEREFORE plaintiff Rooble Ali requests the Court to enter it's Order in his favor and against defendant AMTRUST INSURANCE COMPANY OF KANSAS, INC. for compensatory damages in an amount that is fair and reasonable and in excess of Twenty-Five Thousand Dollars ($25,000.00), and for his costs incurred herein, and for such other and further Orders as the Court deems just and proper under the circumstances.

    /s/James P. Krupp

_____

James P. Krupp     #31892
Ryan J. Krupp     #71045
Attorneys for plaintiff Rooble Ali
12813 Flushing Meadows Dr., Ste. 150
St. Louis, MO.  63131
Ph#     (314)835-9999
Fax#    (314)218-3530
Email:  James.Krupp@krupplawfirm.com
        Ryan.Krupp@krupplawfirm.com



# IN THE 12TH JUDICIAL CIRCUIT, WARREN COUNTY, MISSOURI

| | |
|---|---|
| **Judge or Division:** JASON H LAMB | **Case Number:** 20BB-CC00099 |
| **Plaintiff/Petitioner:** ROOBLE ALI <br> vs. | **Plaintiff's/Petitioner's Attorney/Address** <br> JAMES P KRUPP <br> 12813 FLUSHING MEADOWS DRIVE <br> SUITE 150 <br> SAINT LOUIS, MO  63131-1835 |
| **Defendant/Respondent:** TRANS LINES, INC | **Court Address:** <br> 104 WEST MAIN ST. <br> WARRENTON, MO  63383 |
| **Nature of Suit:** CC Pers Injury-Vehicular | *(Date File Stamp)* |

## Summons in Civil Case

**The State of Missouri to:** TRANS LINES, INC
**Alias:**

**2600 E. 107TH ST., STE. 100**
**BOLINGBROOK, IL  60440**

*COURT SEAL OF WARREN COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____1/8/2021_____     _____/s/ Tim Beard_____
        Date                                                    Clerk/ps

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server        Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
*(Seal)*
My commission expires: _____          _____
                        Date                                      Notary Public

**Sheriff's Fees, if applicable**
Summons                                  $_____
Non Est                                      $_____
Sheriff's Deputy Salary
Supplemental Surcharge       $____10.00____
Mileage                                      $_____ (____ miles @ $._____ per mile)
**Total**                                    $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 12TH JUDICIAL CIRCUIT, WARREN COUNTY, MISSOURI

| Judge or Division:<br>JASON H LAMB | Case Number: 20BB-CC00099 |
|---|---|
| Plaintiff/Petitioner:<br>ROOBLE ALI<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JAMES P KRUPP<br>12813 FLUSHING MEADOWS DRIVE<br>SUITE 150<br>SAINT LOUIS, MO  63131-1835 |
| Defendant/Respondent:<br> TRANS LINES, INC | Court Address:<br>104 WEST MAIN ST.<br>WARRENTON, MO  63383 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** AMTRUST INSURANCE COMPANY OF KANSAS, INC.
**Alias:** SERVE REGISTERED AGENT
4455 LBG FREEWAY, SUITE 700         CSC-LAWYERS INC SERVICE CO
DALLAS, TX  75244                            221 BOLIVER ST, JEFFERSON CITY, MO
                                                           65101

*COURT SEAL OF*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

*WARREN COUNTY*
_____1/14/2021_____          ___/s/ Tim Beard_____
                Date                                                         Clerk/ps

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
    Printed Name of Sheriff or Server                                             Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
*(Seal)*
My commission expires: _____             _____
                                                     Date                                                                         Notary Public

**Sheriff's Fees, if applicable**
Summons                                   $_____
Non Est                                      $_____
Sheriff's Deputy Salary
Supplemental Surcharge       $_____10.00_____
Mileage                                      $_____ (_____ miles @ $._____ per mile)
**Total**                                          $_____
A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 12TH JUDICIAL CIRCUIT, WARREN COUNTY, MISSOURI

| Judge or Division:<br>JASON H LAMB | Case Number: 20BB-CC00099 |
|---|---|
| Plaintiff/Petitioner:<br>ROOBLE ALI<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JAMES P KRUPP<br>12813 FLUSHING MEADOWS DRIVE<br>SUITE 150<br>SAINT LOUIS, MO  63131-1835 |
| Defendant/Respondent:<br> TRANS LINES, INC | Court Address:<br>104 WEST MAIN ST.<br>WARRENTON, MO  63383 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:**   CENTRAL TRUCK LEASING LLC
  **Alias:** SERVE REGISTERED AGENT –
301 W. NORTHTOWN RD.   CT CORPORATION
NORMAL, IL  61761   120 SOUTH CENTRAL AVE, CLAYTON, MO
  63105

*COURT SEAL OF*

*WARREN COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

  _____1/14/2021_____          _____
             Date                                        Clerk/ps

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
      Printed Name of Sheriff or Server                                      Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                Date                                   Notary Public

**Sheriff's Fees, if applicable**
Summons      $_____
Non Est      $_____
Sheriff's Deputy Salary
Supplemental Surcharge   $\_\_\_\_\_10.00_____
Mileage      $_____ (_____ miles @ $._____ per mile)
**Total**      $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Refusal SB 2/13

# IN THE 12TH JUDICIAL CIRCUIT, WARREN COUNTY, MISSOURI

| Judge or Division:<br>JASON H LAMB | Case Number: 20BB-CC00099 |
|---|---|
| Plaintiff/Petitioner:<br>ROOBLE ALI<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JAMES P KRUPP<br>12813 FLUSHING MEADOWS DRIVE<br>SUITE 150<br>SAINT LOUIS, MO  63131-1835<br>31892 |
| Defendant/Respondent:<br>TRANS LINES, INC | Court Address:<br>104 WEST MAIN ST.<br>WARRENTON, MO  63383 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: CENTRAL TRUCK LEASING LLC
Alias: SERVE REGISTERED AGENT –
    CT CORPORATION
    120 SOUTH CENTRAL AVE, CLAYTON, MO
    63105

301 W. NORTHTOWN RD.
NORMAL, IL  61761

30 CTCOR VN

COURT SEAL OF
WARREN COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____1/14/2021_____    _Tim Beard_____
Date                         Clerk/ps

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to **LCW – B. LOVE** (name) **INTAKE SPECIALIST** (title).
☒ other: _____

Served at **CT CORPORATION** (address)
in **St. Louis County** (County/City of St. Louis), MO, on **JAN 2 6 2021** (date) at **9 AM** (time).

_Tom Deakin_____     _signature_____
Printed Name of Sheriff or Server    Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____    _____
                        Date        Notary Public

JAN 2 1 2021
2021 JAN 26 PM 2:22

### Sheriff's Fees, if applicable
| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ ( _____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

GH 1/22/21    21-SMCC-568

OSCA (06-18) SM30 (SMCC) For Court Use Only: Document Id # 21-SMCC-12    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



# IN THE 12TH JUDICIAL CIRCUIT, WARREN COUNTY, MISSOURI

**STATE OF MISSOURI**
In Circuit Court
FILED

JAN 29 2021

RECEIVED
Circuit Clerk
Warren County

JAN 20 2021

COLE COUNTY
SHERIFF'S OFFICE

| Judge or Division:<br>JASON H LAMB | Case Number: 20BB-CC00099 |
|---|---|
| Plaintiff/Petitioner:<br>ROOBLE ALI<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JAMES P KRUPP<br>12813 FLUSHING MEADOWS DRIVE<br>SUITE 150<br>SAINT LOUIS, MO  63131-1835 |
| Defendant/Respondent:<br>TRANS LINES, INC | Court Address:<br>104 WEST MAIN ST.<br>WARRENTON, MO  63383 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** AMTRUST INSURANCE COMPANY OF KANSAS, INC.
**Alias:** SERVE REGISTERED AGENT

4455 LBG FREEWAY, SUITE 700
DALLAS, TX 75244

CSC-LAWYERS INC SERVICE CO
221 BOLIVER ST, JEFFERSON CITY, MO 65101

**COURT SEAL OF**

**WARREN COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____1/14/2021_____    _____/s/ Tim Beard_____
Date                    Clerk/ps

Further Information: _____

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
CSC Lawyers, S.C. (name) designee (title).
☐ other: _____

Served at 350 E. High (address)
in Cole (County/City of St. Louis), MO, on 01-21-2021 (date) at 8:00 AM (time).

Sheriff John P Wheeler    by    /s/ Aimee Wha
Printed Name of Sheriff or Server    Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).

(Seal)
My commission expires: _____    _____
Date    Notary Public

**Sheriff's Fees, if applicable**
Summons    $_____
Non Est    $_____
Sheriff's Deputy Salary
Supplemental Surcharge   $ 10.00
Mileage    $_____ (_____ miles @ $_____ per mile)
**Total**    $_____

#6036 #3

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# Will County Sheriff's Office | Affidavit of Service

Case Number: 20 BB-CC00099   Paper Number: 2021-00000329

**Plaintiff:**
ROOBLE ALI

**Defendant:**
TRANS LINES, INC

## Paper Description

SUMMONS 4223

Issued: Friday, January 8, 2021
Expires: Monday, February 8, 2021
Payment:

### Person To Be Served

TRANS LINES, INC

2600 E 107TH
STE 100: R/A ANDRIUS PETKUNAS
BOLINGBROOK, Illinois 60440

**Special Notes:**
JM

## Attempted Services

| Date | Time | Deputy and I.D.# |
|---|---|---|
| 01-22-2021 | 09:13 | CLEM #1603 |
| 01-26-2021 | 08:49 | CLEM #1607 |
| 01-28-2021 | 07:32 | CLEM #16 |
| 02-01-2021 | 09:38 | CLE #16 |
| 02-02-2021 | 08:58 | CLEM #607 |

---

I certify that I have served the attached Civil Process on the person to be served as follows:

(A) _____ Personal Service: By leaving a copy of the ___ Summons/Compaint ___ Rule ___ Order ___ Subpoena ___ Notice ___ Judgment ___ Order of Protection ___ Summons/Petition for Order of Protection ___ Citation ___ Civil/Stalking No Contact Order

(B) _____ Substitute Service: By leaving a copy of the ___ Summons/Complaint ___ Citation ___ Notice ___ Judgment ___ Order of Possession at the defendant's usual place of abode, with some person of the family or person residing there, of the age of 13 years or upwards, and informing said person of the contents. Also, a copy of the Civil Process was mailed to the defendant at his/her usual place of abode on _____ (Date Only).

(C) __X__ Service On: ___ Corporation ___ Company _X_ Business
By leaving a copy of the _X_ Summons/Complaint ___ Citation ___ Rule ___ Order ___ Notice ___ Judgment ___ Subpoena with the registered agent or any officer, or agent of the corporation, or partner or agent of the partnership.

(D) _____ Other Service: ___ Certified Mail ___ Posting

(E) _____ The named defendant was not served: ___ Moved ___ No Contact ___ Returned by Attorney ___ Expired ___ Not Listed ___ No Such Address ___ Deceased ___ Other Reason (See Remarks)

Person to Serve: TRANS LIN IC
Serving Address: 2600 107th SUETE 100 BOLANGBROOK IL 60441
Process Served On: ANDRIUS PETKUNAS R/A   Relationship: OWNER
Sex: M   M/F Race: WHITE   Age Range: 38
This 2 day of FEBRUARY 20 21 Time: 08:58 hours
Sheriff Mike Kelley by: [signature]   I.D. Number: #1607
Remarks: _____
Entered By: JM   Date Entered: Wednesday, January 20, 2021  1:33:34PM

Date Printed: Wednesday, January 20, 2021- 1:40 pm                    Page 1 of 1

 

Search for Cases by: Select Search Method...

Judicial Links   |   eFiling   |   Help   |   Contact Us   |   Print          GrantedPublicAccess  Logoff DANIELLE_UZELAC

**20BB-CC00099 - ROOBLE ALI V TRANS LINES, INC. AND CENTRAL TRUCK L (E-CASE)**

Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution

**Click here to eFile on Case**       Sort Date Entries: ● Descending  ○ Ascending       Display Options: All Entries
Click here to Respond to Selected Documents

---

**02/08/2021** ☐ **Corporation Served**
Document ID - 21-SMCC-6; Served To - TRANS LINES, INC; Server - ; Served Date - 02-FEB-21; Served Time - 08:58:00; Service Type - Sheriff Department; Reason Description - Served

☐ **Notice of Service**
Proof of Service; Summons in Civil Case; Electronic Filing Certificate of Service.
   **Filed By:** RYAN KRUPP
   **On Behalf Of:** ROOBLE ALI

**01/29/2021** ☐ **Corporation Served**
Document ID - 21-SMCC-13; Served To - AMTRUST INSURANCE COMPANY OF KANSAS, INC.; Server - SO COLE COUNTY-JEFFERSON CITY; Served Date - 21-JAN-21; Served Time - 08:00:00; Service Type - Sheriff Department; Reason Description - Served

**01/28/2021** ☐ **Corporation Served**
Document ID - 21-SMCC-12; Served To - CENTRAL TRUCK LEASING LLC; Server - SO ST LOUIS COUNTY-CLAYTON; Served Date - 26-JAN-21; Served Time - 09:00:00; Service Type - Sheriff Department; Reason Description - Served

☐ **Notice of Service**
21-SMCC-12; Electronic Filing Certificate of Service.

**01/14/2021** ☐ **Summons Issued-Circuit**
Document ID: 21-SMCC-13, for AMTRUST INSURANCE COMPANY OF KANSAS, INC..

☐ **Summons Issued-Circuit**
Document ID: 21-SMCC-12, for CENTRAL TRUCK LEASING LLC.

**01/08/2021** ☐ **Summons Issued-Circuit**
Document ID: 21-SMCC-6, for TRANS LINES, INC.

**12/31/2020** ☐ **Filing Info Sheet eFiling**
   **Filed By:** JAMES P KRUPP

☐ **Pet Filed in Circuit Ct**
PETITION; EXHIBIT 1.
   **On Behalf Of:** ROOBLE ALI

☐ **Judge Assigned**

---

Case.net Version 5.14.12                Return to Top of Page                Released 11/10/2020