UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ROOBIE ALI,                               )
                                          )
         Plaintiff,                       )
                                          )
v.                                        )     Case No. 4:21CV214 HEA
                                          )
TRANS LINES, INC., et al.,                )
                                          )
         Defendants,                      )

## **MEMORANDUM AND ORDER**

This matter is before the Court on Defendant Volvo's Motions to Strike, [Doc. No.'s 336 and 337]. Plaintiff opposes the Motions.

Defendant moves to strike Plaintiff's filings styled "Trial Brief Regarding Offer of Proof" and "Trial Brief Re *Voir Dire* Examination and Striking Potential Jurors for Cause" under Rule 12(f) of the Federal Rules of Civil Procedure. Federal Rule 12(f) allows a court to "strike from a *pleading* any redundant, immaterial, impertinent, or scandalous matter."(emphasis added).  A court is given liberal discretion under Rule 12(f), however, motions to strike are viewed with disfavor and rarely granted. *Bitmain Techs. Georgia Ltd. v. Hylmen, LLC*, No. 6:24-CV-03183-MDH, 2025 WL 3901901, at *2 (W.D. Mo. Apr. 24, 2025); *Lunsford v. United States*, 570 F.2d 221, 229 (8th Cir.1977).

Neither of Plaintiff's filings are pleadings. Furthermore, the filings, while not the traditional trial brief the Court anticipated in its Order Relating to Trial dated April 16, 2025, the Offer of Proof and *Vire Dire* questions Plaintiff presents are matters which Plaintiff seeks to have the Court address at the time of trial. Moreover, Defendant is in no way prejudiced or harmed by the filing and is free to respond to Plaintiff's filings if it so desires.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Volvo's Motions to Strike, [Doc. No.'s 336 and 337], are **DENIED.**

Dated this 16th day of July, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE